

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Richard C Church    3399963

_(Enter above the full name of the plaintiff_    _(Inmate Reg. # of each Plaintiff)_
_or plaintiffs in this action)._

**VERSUS**    CIVIL ACTION NO. 5:18-CV-00838
_(Number to be assigned by Court)_

Shawn Spence, Gary Sims.
DR. Marc Swanson

_(Enter above the full name of the defendant_
_or defendants in this action)_

## COMPLAINT

I.  **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes _____    No ✓

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit: N/A

   Plaintiffs: _____

   _____

   _____

   Defendants: _____

   _____

   _____

2. Court (if federal court, name the district; if state court, name the county);

   _____

   _____

3. Docket Number: ____N/A____

4. Name of judge to whom case was assigned:

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. **Place of Present Confinement:** Southern Regional Jail.

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓     No _____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓     No _____

    C. If you answer is YES:

        1. What steps did you take? Was unsuccessful in obtaining a pass from SRJ to make funeral arrangements. I presented my case to counselors at SRJ. At that time when she passed.

        2. What was the result? Ended with mother without funeral arrangements for 2 weeks. While mother is at medical examiners office the whole time. True

    D. If your answer is NO, explain why not: _____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: → Richard C Church ~~[redacted]~~

    Address: Southern Regional Jail Beaver WV. 25813 1200 Airport Rd.

    B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Shaun Spence, Gary Sims

is employed as: Greenbrier Co. Home Confinement officers.

at ~~267 Dawkins Drive Suite A~~ 147 Main ST Ronceverte WV. 24970

Phone # 304-647-1389 ~~Lewisburg WV. 24901~~

D. Additional defendants: Dr. Mark Swanson (BlueRidge Pain Management.) 1101 1st ST. SW Roanoke Va. 24016 Phone # 540-291-7203

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

#1 Took Care of Mother, Got placed on home Confinement I was only one Caring for Mother as shes disabaled. I Stated to officers She need's Care if I go To Jail and To Call a Nursing Care assistance in my abcense Cause She wasn't able to be without Care. Officers ignored my pleas, did Nothing. My Mother dies on Jan 21st, 2018 at home of INToxisucetion of Pain Meds & Sleeping Pills. I was placed in SRJ Prior To her passing by 2 HomeConfinm officers. They knew my position at home. Wrongful Death...!!!!

4

IV. **Statement of Claim (continued):**

#2 Dr. Swanson Prescribed high doses of Narcotic's, Painrelievers oxycodone, Gabapentin, ambiens (benzo's) Together & for Very Long periods of Time. Results in Mother's death in Greenbrier Co. at home of Intoxification of prescribed Narcotics. Mother was 65 years old.

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Seeking Maximum amount for Wrongful death and Mental anguish against all Defendants.

V.   Relief (continued)):

_____
_____
_____
_____
_____

VII. Counsel

   A.   If someone other than a lawyer is assisting you in preparing this case, state the person's name:

   _____

   B.   Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

   Yes ✓     No _____

   If so, state the name(s) and address(es) of each lawyer contacted:
   wrote letter to Cline & Campbell, No Response
   Currently Incarcerated.

   If not, state your reasons: Incarceration Makes it Very hard To Contact appropriate Attorney.

   C.   Have you previously had a lawyer representing you in a civil action in this court?

   Yes _____     No ✓

6

If so, state the lawyer's name and address:

_____

_____

Signed this 24TH day of OCTOBER, 2019.

*[signature: Paul C Church]*
_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    24TH day OCT. 2019
              (Date)

*[signature: Paul C Church]*
_____
Signature of Movant/Plaintiff

Seeking!
_____
Signature of Attorney
(if any)